# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

137296(32)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

THOMAS JAMES WALLACE,
       Defendant-Appellant.

SC: 137296
COA: 282681
Wayne CC: 04-003088-FH

_____/

On order of the Court, the motion for reconsideration of this Court's February 4, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, C.J., would grant reconsideration.

CAVANAGH, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.

HATHAWAY, J., not participating. Justice Hathaway recuses herself and will not participate in this case as she was the presiding trial court judge. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

_____
Clerk

p0420